Argued at Pendleton October 26, 1920, reversed January 11, 1921.

## MORGAN v. TWOHY BROS. CO.

(194 Pac. 686.)

From Crook: JAMES U. CAMPBELL, Judge.

In Banc.

This is an action for damages in the sum of $6,550. A trial resulted in a judgment upon a verdict in favor of plaintiffs in the sum of $3,000. Defendant appeals.

REVERSED.

For appellant there was a brief over the names of *Messrs. Malarkey, Seabrook & Dibble, Mr. James G. Wilson* and *Mr. G. L. Bernier,* with an oral argument by *Mr. E. B. Seabrook.*

For respondents there was a brief with oral arguments by *Mr. W. H. Wilson* and *Mr. N. G. Wallace.*

BEAN, J.—The complaint contains two causes of action practically identical with those in the case of *Slayton* v. *Twohy Bros. Co., ante,* p. 535 (194 Pac. 682). The first cause of action is practically the same as that involved in the case of *Marks* v. *Twohy Bros. Co., ante,* p. 514 (194 Pac. 675). The case is governed by the opinions, this day rendered, in the two cases mentioned.

The judgment of the lower court will therefore be reversed.                                    REVERSED.

Mr. Justice McBRIDE did not sit in this case.